AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BETTY MOON,

                Plaintiff,

                v.

UNITED STATES OF AMERICA,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-0328-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Entering the Court's Rulings from July 24, 2008 Hearing, Ct. Rec. 57, which order granted the Defendant's Motion for Summary Judgment.

August 4, 2008
*Date*

JAMES R. LARSEN
*Clerk*

s/ Cora Vargas

*(By) Deputy Clerk*

Cora Vargas